IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
ROCKINGHAM DIVISION

| | |
|---|---|
| HEATHER KELLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:10-cv-919 |
| ) | |
| GLOBAL CREDIT & COLLECTION ) | **STIPULATION OF DISMISSAL** |
| CORPORATION, ) | **WITH PREJUDICE** |
| ) | |
| Defendant. ) | |

Now come the Plaintiff, HEATHER KELLEY, and the Defendant, GLOBAL CREDIT & COLLECTION CORPORATION, by and through their respective attorneys, and hereby advise the Court that they have agreed to a dismissal of the above-captioned matter with prejudice.

Respectfully submitted,                                   Respectfully submitted,

/s/ M. Lynette Hartsell                                        /s/ Caren D. Enloe
M. Lynette Hartsell (9845)                                Ms. Caren D. Enloe (17394)
Attorney for Plaintiff                                           Attorney for the Defendant
Luxenburg & Levin, LLC                                   Smith, Debnam, Narron, Drake,
1010 Lakeview Dr.                                             Saintsing & Myers, LLP
Cedar Grove, NC 27231                                    4601 Six Forks Road Ste. 400
Telephone: (888) 493-0770 ext. 305               Raleigh NC 27611
Facsimile: (866)-551-7791                                Telephone: (919) 250-200
Lynette@LuxenburgLevin.com                         Facsimile: (919) 250-2211
                                                                              cenloe@smithdebnamlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2011, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

        /s/ M. Lynette Hartsell
        M. Lynette Hartsell (9845)
        Attorney for Plaintiff
        1010 Lakeview Drive
        Cedar Grove, NC 27231
        (888) 493-0770 (phone) ext. 305
        (866) 551-7892 (facsimile)
        Lynette@LuxenburgLevin.com